# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GREG GUTIERREZ,

    Plaintiff(s),

v.

NANCY A. BERRYHILL,

    Defendant(s).

Case No.: 2:18-cv-02068-RFB-NJK

**Order**

[Docket No. 20]

Pending before the Court is Plaintiff's motion to revive and extend the deadline to file his motion to remand and/or reverse. Docket No. 20. The Court hereby **SETS** that motion for a hearing for 11:00 a.m. on February 21, 2019, in Courtroom 3A. As the signing attorney to the instant motion, Mr. Safa shall appear. In addition, the attorney referenced as the "[c]ounsel assigned the briefing in this matter" shall also appear.

IT IS SO ORDERED.

Dated: February 11, 2019

                                                                  Nancy J. Koppe
                                                                   United States Magistrate Judge