# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GREG GUTIERREZ,

    Plaintiff(s),

v.

NANCY A. BERRYHILL,

    Defendant(s).

Case No.: 2:18-cv-02068-RFB-NJK

**Order**

[Docket Nos. 20, 24, 25]

Pending before the Court is Plaintiff's motion to reopen and extend the deadline to file his opening brief. Docket No. 20. The Court set a hearing on that motion for February 21, 2019. Docket No. 22. Plaintiff then filed a supplement with further explanation in support of the motion to reopen and extend. Docket No. 23. The Court continues to have concerns regarding the reasons provided and, concurrently herewith, is referring this matter to the Nevada bar. Nonetheless, it is in the interest of justice to allow Plaintiff's claim to be adjudicated on the merits in the circumstances of this case. As such, the motion to reopen and extend the deadline to file the opening brief is **GRANTED**. In light of the above, the Commissioner's response to the opening brief shall be filed by March 11, 2019, and any reply shall be filed by March 26, 2019.

In addition, the hearing set on the motion to reopen and extend is **VACATED**. The motions for leave to appear at that hearing telephonically (Docket Nos. 24, 25) are hereby **DENIED** as moot.

1

Lastly, attorney Cyrus Safa is hereby **CAUTIONED** for the misleading and inconsistent statements made in seeking the instant relief.

IT IS SO ORDERED.

Dated: February 19, 2019

                                                          _____
Nancy J. Koppe
United States Magistrate Judge